UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE GARY S. KATZMANN, JUDGE
          THE HONORABLE TIMOTHY M. REIF, JUDGE
          THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| BOISE CASCADE BUILDING MATERIALS DISTRIBUTION, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION; AND THE UNITED STATES OF AMERICA, <br><br> Defendants. | Court No. 25-00531 |

**ORDER**

Upon consideration of defendants' motion to stay its response to plaintiff's motion for preliminary injunction, it is hereby

ORDERED that motion is GRANTED and the response to the motion for preliminary injunction is STAYED pending resolution of the motion for case management procedures filed in *AGS v. United States*, No. 25-00255.


Dated:_____        _____
      New York, New York                        JUDGE

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE GARY S. KATZMANN, JUDGE
          THE HONORABLE TIMOTHY M. REIF, JUDGE
          THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| BOISE CASCADE BUILDING MATERIALS DISTRIBUTION, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION; AND THE UNITED STATES OF AMERICA, <br><br> Defendants. | Court No. 25-00531 |

**DEFENDANTS' MOTION FOR STAY**

Pursuant to Rule 7, defendants respectfully request that their response deadline to plaintiff's motion for preliminary injunction be stayed pending the Court's resolution of defendants' motion for extended case management procedures filed today, January 7, 2026, in *AGS Company Automotive Solutions v. U.S. Customs and Border Protection*, Consol. No. 25-00255. We have consulted with counsel for plaintiff who does not consent to this request.

Plaintiff challenges the imposition of tariffs under the International Emergency Economic Powers Act (IEEPA). It seeks invalidation of the tariffs and refunds of any amounts paid pursuant to the challenged IEEPA orders, under 28 U.S.C. § 1581(i), and are substantially similar to complaints in *V.O.S. Selections Inc. v. Trump*, No. 25-00066, and *The State of Oregon v. Trump*, No. 25-00077, currently before the Supreme Court. Plaintiff also seeks a preliminary injunction enjoining defendants, U.S. Customs and Border Protection (CBP), CBP Commissioner Rodney Scott, and the United States, from liquidating plaintiff's entries on which

2

IEEPA duties were paid. The Court denied similar requests in *AGS*, and again in another IEEPA case, "for the reasons set forth in" *AGS*. *See AGS*, Consol. No. 25-00255, slip op. 25-254 (Dec. 15, 2025), ECF 29 at 8 ("Plaintiffs are not at risk of experiencing irreparable harm as a result of liquidation."); *Strato Tech. Sols., LLC v. United States*, No. 25-00322, ECF No. 15 (Dec. 18, 2025).

On December 23, 2025, the Chief Judge issued Administrative Order 25-02, staying all new and unassigned cases challenging IEEPA tariffs pending the Supreme Court's decision in *V.O.S.* and *The State of Oregon*. The Court did not stay a handful of already-assigned cases, including this one, in which motions for preliminary injunction have been filed.

On January 7, 2026, defendants filed a motion to extend the case management procedures outlined in Administrative Order 25-02. Among other things, defendants addressed the injunction issue, stating that "the Court's December 15, 2025, order in *AGS* incorporated a stipulation from the Department of Justice regarding reliquidation." *AGS*, Consol. No. 25-00255, ECF 32. Defendants further proposed that "the stipulation should apply to all current and future similarly situated plaintiffs and would moot any pending motions for preliminary injunctions." *Id.*

Given this representation, it makes sense to stay defendants' response in this case until the Court rules on our motion for extended case management procedures. If the Court imposes defendants' stipulation in all IEEPA tariff cases, plaintiffs can either withdraw its motion for preliminary injunction or the Court could deny the motion as moot. In either case, a stay preserves Court and party resources as management procedures take hold. If the Court denies this motion, we respectfully request an extension of five days from the date of the order within which to file our response.

DATED: January 7, 2026                              Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Claudia Burke
CLAUDIA BURKE
Deputy Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington, DC 20044
(202) 353-9063
claudia.burke@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to section 2(B)(1) of the Standard Chambers Procedures of this Court, that this motion contains 450 words, as calculated by the word processing system used to prepare this brief (Microsoft Word).

/s/ Claudia Burke
CLAUDIA BURKE